# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

    v.           Crim. No. 5:15-MJ-1312-1

**PHILLIPPE R. WORKMAN**

   On April 8, 2015, the above-named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,       I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt          /s/ Eddie J. Smith  
Robert K. Britt           Eddie J. Smith  
Supervising U.S. Probation Officer    U.S. Probation Officer  
                  310 Dick Street  
                  Fayetteville, NC 28301-5730  
                  Phone: 910-483-8613  
                  Executed On: October 23, 2015

## ORDER OF COURT

   Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated: October 27, 2015

                  _____  
                  Robert T. Numbers, II  
                  United States Magistrate Judge